IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LONNIE GRAVES, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-06-670-C |
| | ) | |
| THE STATE OF OKLAHOMA and | ) | |
| DAVID PARKER, Warden, | ) | |
| | ) | |
| Respondents | ) | |

ORDER OF TRANSFER

This matter is before the Court on the two Report and Recommendations entered by the United States Magistrate Judge on June 30 and July 5, 2006. The court file reflects that no party has objected to the Report and Recommendations within the time limits prescribed; therefore, the Court adopts the Report and Recommendation of July 5th in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge of July 5th is adopted and this case is transferred to the Eastern District of Oklahoma. The Report and Recommendation of June 30 is moot, as Petitioner paid the $5.00 filing fee on July 11th.

IT IS SO ORDERED this 25th day of August, 2006.

ROBIN J. CAUTHRON  
United States District Judge